IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARRY PAUL HOLT                                                                                PLAINTIFF

v.                                              No. 3:16-cv-73-DPM

STATE OF ARKANSAS, Jonesboro                                                    DEFENDANT

## ORDER

**1.** Holt filed a *pro se* complaint but didn't pay the filing fee or submit an *in forma pauperis* application. If Holt wants to proceed with this lawsuit, then by 28 May 2016 he must either pay the $400 filing and administrative fees or submit a complete application to proceed *in forma pauperis*. If he doesn't do one or the other, then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to send Holt an *in forma pauperis* application with a copy of this Order.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 28 April 2016