IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARRY PAUL HOLT     PLAINTIFF

v.     No. 3:16-cv-73-DPM

STATE OF ARKANSAS, Jonesboro     DEFENDANT

## ORDER

Holt hasn't paid the filing fee or filed an *in forma pauperis* application; and the time to do so has passed. № 2. Instead, Holt's mail is being returned undeliverable. № 3 & 4. Holt's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 June 2016