# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARRY PAUL HOLT                                                    PLAINTIFF

v.                          No. 3:16-cv-73-DPM

STATE OF ARKANSAS, Jonesboro                                       DEFENDANT

## JUDGMENT

Holt's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 June 2016